IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al., | ) ) ) ) ) |
| EUGENE CRUM, JR., et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) 2:07cv432-MHT ) CIVIL ACTION NO. ) 2:94cv356-MHT |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) |

ORDER

It is ORDERED as follows:

(1) The motion to intervene (Doc. No. 325) is granted.

(2) Any related complaint-in-intervention is converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate lawsuit and file for the complaint-in-intervention. Counsel for the intervenor and

the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit.

The court believes that any related complaint-in-intervention should proceed as a separate lawsuit.

DONE, this the 16th day of May, 2007.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

1998 MAY 11 A 11: 59

FILED
MAY 11 1998
THOMAS C. CAVER, CLERK
BY _____
          DEPUTY CLERK

IN RE: EMPLOYMENT DISCRIMINATION )
LITIGATION AGAINST THE STATE OF )
ALABAMA, et al.: )
 )
EUGENE CRUM, JR., et al., )
 )
    Plaintiffs, )
 )     2:07cv432-MHT
v. )     CIVIL ACTION NO.:
 )     CV-94-T-356-N
STATE OF ALABAMA, et al., )
 )
    Defendants. )
 )
 )
Shirley Mays, )
 )
    Plaintiff-Intervenor, )
 )
v. )
STATE OF ALABAMA, GOVERNOR FOB )
JAMES, STATE OF ALABAMA PERSONNEL )
BOARD, STATE OF ALABAMA PERSONNEL )
DEPARTMENT, DR. HALYCON VANCE )
BALLARD, ALABAMA DEPARTMENT OF )
HUMAN RESOURCES, AND ALABAMA )
DEPARTMENT OF INDUSTRIAL RELATIONS )

Defendants.

### MOTION TO INTERVENE

    **COMES NOW** the applicant, Shirley Mays, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and applies to this Court for permission to intervene as a party plaintiff in the above-entitled cause. As grounds for this motion, applicant would show unto the court as follows:

    1.   This motion is timely based upon the following factors:

1

(a) <u>Length of Time Applicant Has Known Of her Interest</u>. The plaintiff-intervenor has been waiting for the issuance of her right-to-sue letter from the EEOC and Justice Department before seeking intervention into this case. Plaintiff-intervenor has filed this motion within 90 days of the issuance of her right-to-sue letter. Based on these facts, it should be held that there has been no undue delay on the part of the applicant in seeking intervention into this lawsuit.

(b) <u>Prejudice to Parties from Failure to Move Sooner</u>. The parties will not be unduly prejudiced by the intervention sought herein.

(c) <u>Prejudice to Applicant if Intervention Denied</u>. Applicant will be unduly prejudiced by the necessity of maintaining an individual, separate lawsuit involving complex issues and costly experts, which will be duplicative of the present case.

(d) <u>Unusual Circumstances</u>. The circumstances of the case militate in favor of intervention as it will prevent duplicative and expensive discovery and the retrial of identical issues.

2. A copy of this motion is being served upon all parties through their respective counsel.

3. The applicant's claims and the claims of the named plaintiffs, plaintiff-intervenors, and putative class in the case at bar involve common questions of law and fact.

4. This motion is accompanied by applicant's complaint-in-intervention, which is attached hereto.

5. Intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

**WHEREFORE**, premises considered, applicant respectfully moves this court to permit

her intervention into the instant legal action as a party plaintiff.

Respectfully submitted,

*Rocco Calamusa*

Rocco Calamusa, Jr.
Counsel for the Plaintiff, Plaintiff-Intervenors and Putative Plaintiff

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL  35203
(205) 328-0640

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served, either by hand delivery or by placing same in the United States Mail, properly addressed and first class postage prepaid, on this the ___8___ day of May, 1998 on the following:

**COUNSEL**

Richard H. Walston, Esquire
Haskell, Slaughter, Young
 & Johnston
1200 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

**and**

Thomas T. Gallion III, Esquire
Haskell, Slaughter, Young,
 Johnston & Gallion
P.O. Box 4660
Montgomery, AL  36103

**REPRESENTING**

Plaintiffs

William F. Gardner, Esquire
R. Taylor Abbot, Jr., Esquire
Cabaniss, Johnston, Gardner,
 Dumas & O'Neal
700 Park Place Tower
Birmingham, AL 35203

**and**

Patrick H. Sims, Esquire
Cabaniss, Johnston, Gardner,
 Dumas & O'Neal
700 AmSouth Center
P.O. Box 2906
Mobile, AL 36652

          Personnel Board

William H. Pryor, Esquire
Attorney General
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

          State of Alabama
          Defendants' Liaison

Honorable Julia J. Weller
Robison & Belser, P.A.
210 Commerce Street
Montgomery, AL 36130

          Governor Fob James
          Governor's Liaison

Henry C. Barnett, Esquire
Christopher W. Weller, Esquire
Capell, Howard, Knabe & Cobbs, P.A.
57 Adams Avenue
P.O. Box 2069
Montgomery, AL 36102-2069

          Alabama State Docks
          Department of Conservation & Natural Resources
          Commission on Aging
          Retirement Systems of Alabama
          Department of Labor
          Alabama Medicaid Agency

John J. Coleman III, Esquire
Edward S. Allen, Esquire
T. Dwight Sloan III, Esquire
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

          Department of Industrial Relations
          Agriculture & Industries
          Department of Revenue
          Department of Education
          Board of Registrars
          Commission on Physical Fitness

and

Robin G. Laurie, Esquire
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101


Roger L. Bates, Esquire                    Department of Corrections
Hand, Arendall, Bedsole,                   Department of Public Health
 Greaves & Johnson                         Department of Human Resources
900 Park Place Tower                       Department of Mental Health & Mental Retardation
2001 Park Place North                      Alcohol Beverage Control Board
Birmingham, AL 35203                       Alabama Emergency Management Agency


William J. Huntley, Jr., Esquire           Alabama Industrial Development Training Agency
Huntley & Associates, P.C.                 Department of Economics & Community Affairs
P.O. Box 370                               Alabama Development Office
Mobile, Alabama 36601                      Bureau of Travel & Tourism


Honorable Mary E. Pilcher                  Lauderdale County
Webb & Eley, P.C.                          Florence/Lauderdale Emergency Management Agency
P. O. Box 238
Montgomery, AL 36101


R. Frank Ussery, Esquire                   Personnel Department
General Counsel, Alabama State
 Personnel Department
3rd Floor, Suite 327-A
64 North Union Street
Montgomery, AL 36103


Honorable Gwendolyn B. Garner              Department of Revenue
John J. Breckenridge, Jr., Esquire
Counsel, Alabama Department of Revenue
50 North Ripley Street, Room 4116
Montgomery, AL 36130

| | |
|---|---|
| William T. Stephens, Esquire<br>General Counsel, Retirement Systems<br>of Alabama<br>135 South Union Street<br>Montgomery, AL 36130-4104 | Retirement Systems of Alabama |
| John R. Wible, Esquire<br>General Counsel, Alabama Department<br>of Public Health<br>434 Monroe Street<br>Montgomery, AL 36130 | Department of Public Health |
| Andrew W. Redd, Esquire<br>General Counsel, Alabama Department<br>of Corrections<br>3rd Floor, S. Gordon Persons Building<br>50 North Ripley Street<br>Montgomery, AL 36130 | Department of Corrections |
| Alabama Commission on Physical Fitness<br>c/o Office of the Attorney General<br>11 South Union Street<br>Montgomery, AL 36130 | |
| Honorable Sharon E. Ficquette<br>Honorable Margaret L. Fleming<br>Counsel, Alabama Department<br>of Human Resources<br>Office of the Attorney General<br>S. Gordon Persons Building, Room 2122<br>50 Ripley Street<br>Montgomery, AL 36130 | Department of Human Resources |
| Jim R. Ippilito, Jr., Esquire<br>General Counsel, Alabama Department<br>of Education<br>S. Gordon Persons Building, Room 5103<br>50 North Ripley Street<br>Montgomery, AL 36130 | Department of Education |

| | |
|---|---|
| David J. Dean, Esquire<br>General Counsel, Alabama Department<br> of Conservation<br>64 North Union Street, Room 751<br>Montgomery AL  36130 | Department of Conservation & Natural Resources |
| Honorable Gilda B. Williams<br>Counsel, Commission on Aging<br>Office of the Attorney General<br>11 South Union Street<br>Montgomery, AL  36130 | Commission on Aging |
| Edward E. Davis, Esquire<br>Counsel, Alabama Department<br> of Economics & Community Affairs<br>401 Adams Avenue<br>P.O. Box 5690<br>Montgomery, AL  36103 | Department of Economics & Community Affairs |
| Honorable Renee D. Culverhouse<br>Counsel, Alabama Industrial Development<br> Training Agency<br>401 Adams Avenue, Suite 710<br>Montgomery, AL  36104 | Industrial Development Training Agency |
| Honorable Angela C. Turner<br>Counsel, Alabama Department of Labor<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL  36130 | Department of Labor |

| | |
|---|---|
| Gary R. Trawick, Esquire<br>Milton J. Westry, Esquire<br>Counsel, Alabama Department<br> of Mental Health<br>100 N. Union St.<br>P.O. Box 301410<br>Montgomery, AL 36130-1410 | Department of Mental Health & Mental Retardation |
| William O. Butler III, Esquire<br>General Counsel, Alabama Medicaid Agency<br>501 Dexter Avenue<br>P.O. Box 5624<br>Montgomery, AL 36103-5624 | Alabama Medicaid Agency |
| Frank D. Marsh, Esquire<br>General Counsel, Alabama Department<br> of Industrial Relations<br>649 Monroe Street, Room 211<br>Montgomery, AL 36130 | Department of Industrial Relations |
| Honorable Mary Beth Martin<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation<br>P.O. Box 65968<br>Washington, DC 20035 | United States of America |

/s/ *signature*
Of Counsel