IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY MAYS,             ) | |
|     Plaintiff,          ) | |
|     v.                       ) | CIVIL ACTION NO. |
|                                 ) | 2:07cv432-MHT |
| STATE OF ALABAMA, et al., ) | |
|     Defendants.       ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 4) is granted.

DONE, this the 22nd day of May, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE