**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **SHIRLEY MAYS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )   2:07cv432-MHT |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Charles W. Reed and Jenifer Champ Wallis of the law firm Campbell, Waller & Poer, LLC, and enters their appearances as additional counsels of record for Defendants in the above-styled cause.

          Respectfully Submitted,

          /s/ Charles W. Reed, Jr.
          Charles W. Reed, Jr. (ASB-4383-D51C)
          One of the Attorneys for Defendants
          CAMPBELL, WALLER & POER, L.L.C.
          2100A SouthBridge Parkway
          Suite 450
          Birmingham, AL 35209
          205- 803-0051 - telephone
          205-803-0053 – facsimile
          creed@cwp-law.com - email

          /s/ Jenifer Champ Wallis
          Jennifer Champ Wallis (ASB-1993-R73W)
          One of the Attorneys for Defendants
          CAMPBELL, WALLER & POER, L.L.C.
          2100A SouthBridge Parkway
          Suite 450
          Birmingham, AL 35209
          205- 803-0051 - telephone
          205-803-0053 – facsimile
          jwallis@cwp-law.com – email

## CERTIFICATE OF SERVICE

      I hereby certify that I have on June 5, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Russell Wayne Adams**
**Rocco Calamusa, Jr.**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

**Roderick Twain Cooks**
Winston Cooks, LLC
319 17th Street North
Birmingham, AL 35203

**Margaret L. Fleming**
**Troy Robin King**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**Henry Lewis Gillis**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

**Willie Julius Huntley, Jr.**
The Huntley Firm PC
PO Box 370
Mobile, AL 36601

**Mai Lan Fogal Isler**
**Christopher W. Weller**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

**Frank Decalve Marsh**
Assistant General Counsel
State of Alabama
Department of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36131

**Andrew Weldon Redd**
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110

**Robert Jackson Russell, Sr.**
Department of Agriculture & Industries
P. O. Box 3336
1445 Federal Drive
81 Watson Circle
Montgomery, AL 36107

**Roger Lee Bates**
Hand Arendall, LLC
2001 Park Place North
Suite 900, Park Place Tower
Birmingham, AL 35203

**Sharon E. Ficquette**
Alabama Department of Human Resources
Legal Office
PO Box 304000
Montgomery, AL 36130-4000

**Warren Bricken Lightfoot, Jr.**
**David Michael Smith**
**A. Michelle Clemon**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

| | |
|---|---|
| **Alice Ann Byrne**<br>State Personnel Department<br>64 North Union Street<br>Folsom Administrative Building<br>Suite 316<br>Montgomery, AL 36130 | **William F. Gardner**<br>**William Kenneth Thomas**<br>Cabaniss Johnston Gardner Dumas O'Neal<br>PO Box 830612<br>Birmingham, AL 35283-0612 |
| **Edward Smith Allen**<br>**Aaron Linden Dettling**<br>Balch & Bingham<br>PO Box 306<br>1710 Sixth Avenue, North<br>Birmingham, AL 35201-0306 | **Patrick Hanlon Sims**<br>Cabaniss Johnston Gardner Dumas & O'Neal<br>PO Box 2906<br>Mobile, AL 36652-2906 |
| **David R. Boyd**<br>Balch & Bingham<br>PO Box 78<br>2 Dexter Avenue<br>Montgomery, AL 36101-007 | **John James Coleman, III**<br>Burr & Forman LLP<br>420 North Twentieth Street<br>Suite 3100<br>Birmingham, AL 35203 |

\s\ Charles W. Reed, Jr.
OF COUNSEL