# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SHIRLEY MAYS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action No.** |
| v. ) | |
| ) | **2:07cv432-MHT** |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| Defendants. | |

## MOTION TO WITHDRAW

William F. Gardner, being deceased on May 15, 2007 and William K. Thomas no longer representing any party in this case, it is requested the William F. Gardner and William K. Thomas be allowed to withdraw as counsel in this case and all related cases.

> */s/ William K. Thomas*
> William K. Thomas (THO066)
> Cabaniss, Johnston, Gardner,
>   Dumas & O'Neal LLP
> 2001 Park Place North, Suite 700
> Birmingham, Alabama  35203
> Phone:  (205) 716-5200
> Fax:  (205) 716-5389
> e-mail:  wkt@cabaniss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **MOTION TO WITHDRAW** has been filed using the CM/ECF system and will be served electronically by the system.

This   20th   day of June, 2007.


*/s/ William K. Thomas*