IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHIRLEY MAYS,                  )
                               )
     Plaintiff,                )
                               )
                               )    CIVIL ACTION NO.
     v.                        )      2:07cv432-MHT
                               )
STATE OF ALABAMA, et al.,      )
                               )
     Defendants.               )
```

## ORDER

It is ORDERED that the motion to withdraw (Doc. No. 14) is granted.

DONE, this the 22nd day of June, 2007.

```
              /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE
```