IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHIRLEY MAYS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 07 cv 432-MHT |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 13], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

**A.  Defendants remaining in the case:**

1. Department of Human Resources

2. Department of Industrial Relations

3. State Personnel Department

4. State Personnel Board

5. Jackie Graham, Director of State Personnel Department

6. State of Alabama

7. Governor Bob Riley[1]

---

[1] The defendants contend that the State and Governor Riley are not proper defendants. Plaintiffs contend that Dr. Page Wally, Commissioner of Human Resources, and Phyllis Kennedy, Director of Industrial Relations, are also proper defendants.

**B.** **Attorneys in the case:**

1. Russell W. Adams

2. Rocco Calamusa, Jr.

3. Warren B. Lightfoot, Jr.

4. John B. Holmes III

5. Abigail H. Avery

6. Sharon E. Ficquette

7. Aaron L. Dettling

8. Frank D. Marsh

9. Alice Ann Byrne

**C.** **Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Shirley Mays | Russell W. Adams<br>Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| State Personnel Board | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| State of Alabama | Alice Ann Byrne |
| Governor Bob Riley | Alice Ann Byrne |
| Department of Human Resources | Warren B. Lightfoot, Jr.<br>John B. Holmes III<br>Abigail H. Avery<br>Sharon E. Ficquette |

2

Department of Industrial Relations    Aaron L. Dettling
                                      Frank D. Marsh

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties.  The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period.  The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 7th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/  Russell W. Adams
　　　　　　　　　　　　　　　　　　　　　　　　RUSSELL W. ADAMS (ASB 3760-A62R)
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Alice Ann Byrne
　　　　　　　　　　　　　　　　　　　　　　　　ALICE ANN BYRNE (BYR 015)
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　　　State of Alabama, Governor Fob James,
　　　　　　　　　　　　　　　　　　　　　　　　State Personnel Department,
　　　　　　　　　　　　　　　　　　　　　　　　State Personnel Board, and Jackie Graham,
　　　　　　　　　　　　　　　　　　　　　　　　Director of State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery,  AL  36130
(334) 242-3451

|  |  |
|---|---|
|  | /s/ Warren B. Lightfoot, Jr. <br> WARREN B. LIGHTFOOT, JR. (LIG 003) <br> JOHN B. HOLMES, III (HOL 115) <br> ABIGAIL H. AVERY (AVE 014) <br> Attorney for Defendant <br> Department of Human Resources |
| Address of Counsel : <br> MAYNARD COOPER & GALE, PC <br> 1901 Sixth Avenue North <br> 2400 AmSouth/Harbert Plaza <br> Birmingham, AL  35203-2618 <br> (205) 254-1000 |  |
|  | /s/ Sharon E. Ficquette <br> SHARON E. FICQUETTE  (FIC 001) <br> Attorney for Defendant <br> Department of Human Resources |
| Address of Counsel: <br> DEPT. OF HUMAN RESOURCES <br> Legal Office <br> P. O. Box 304000 <br> Montgomery, AL  36130-4000 <br> (334) 242-9330 |  |
|  | /s/ Aaron L. Dettling <br> AARON L. DETTLING (DET 003) <br> Attorney for Defendant <br> Department of Industrial Relations |
| Address of Counsel: <br> BALCH & BINGHAM <br> 1710 Sixth Avenue North <br> Birmingham, AL  35203-2014 <br> (205) 251-8100 |  |
|  | /s/ Frank D. Marsh, Esq. <br> FRANK D. MARSH (MAR 034) <br> Attorney for Defendant <br> Department of Industrial Relations |
| Address of Counsel: <br> Office of the General Counsel <br> DEPARTMENT OF INDUSTRIAL RELATIONS <br> 649 Monroe Street <br> Montgomery, AL  36130 <br> (334) 242-8376 |  |