**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **SHIRLEY MAYS,** | ) | |
| | ) | |
| ***Plaintiff*,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv 432-MHT** |
| | ) | |
| **STATE OF ALABAMA, *et al.*,** | ) | |
| | ) | |
| ***Defendants*.** | ) | |

---

**CORRECTED JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 13], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

**A. Defendants remaining in the case:**

1. Department of Human Resources
2. Department of Industrial Relations
3. State Personnel Department
4. State Personnel Board
5. Jackie Graham, Director of State Personnel Department
6. State of Alabama
7. Governor Bob Riley[1]

[1] The defendants contend that the State and Governor Riley are not proper defendants. Plaintiffs contend that Dr. Page Wally, Commissioner of Human Resources, and Phyllis Kennedy, Director of Industrial Relations, are also proper defendants.

**B. Attorneys in the case:**

1. Russell W. Adams
2. Rocco Calamusa, Jr.
3. Warren B. Lightfoot, Jr.
4. John B. Holmes III
5. Abigail H. Avery
6. Sharon E. Ficquette
7. Aaron L. Dettling
8. Frank D. Marsh
9. Alice Ann Byrne

**C. Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Shirley Mays | Russell W. Adams<br>Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| State Personnel Board | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| State of Alabama | Alice Ann Byrne |
| Governor Bob Riley | Alice Ann Byrne |
| Department of Human Resources | Warren B. Lightfoot, Jr.<br>John B. Holmes III<br>Abigail H. Avery<br>Sharon E. Ficquette |

Department of Industrial Relations — Aaron L. Dettling, Frank D. Marsh

Respectfully submitted, this 7th day of August, 2007.

__/s/ Russell W. Adams______________
RUSSELL W. ADAMS (ASB 3760-A62R)
Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
(205) 314-0500

__/s/ Alice Ann Byrne______________
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department,
State Personnel Board, and Jackie Graham,
Director of State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130
(334) 242-3451

__/s/ Warren B. Lightfoot, Jr. ________
WARREN B. LIGHTFOOT, JR. (LIG 003)
JOHN B. HOLMES, III (HOL 115)
ABIGAIL H. AVERY (AVE 014)
Attorney for Defendant
Department of Human Resources

Address of Counsel :
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000

__/s/ Sharon E. Ficquette___________
SHARON E. FICQUETTE (FIC 001)
Attorney for Defendant
Department of Human Resources

Address of Counsel:
DEPT. OF HUMAN RESOURCES
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
(334) 242-9330

__/s/ Aaron L. Dettling___________
AARON L. DETTLING (DET 003)
Attorney for Defendant
Department of Industrial Relations

Address of Counsel:
BALCH & BINGHAM
1710 Sixth Avenue North
Birmingham, AL 35203-2014
(205) 251-8100

__/s/ Frank D. Marsh, Esq.____________
FRANK D. MARSH (MAR 034)
Attorney for Defendant
Department of Industrial Relations

Address of Counsel:
Office of the General Counsel
DEPARTMENT OF INDUSTRIAL RELATIONS
649 Monroe Street
Montgomery, AL 36130
(334) 242-8376