IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY MAYS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 07 cv 432-MHT |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

---

**AMENDED
CONFLICT DISCLOSURE STATEMENT**

Defendants State of Alabama, Governor Bob Riley, State Personnel Department, State Personnel Board, and Jackie Graham, in her official capacity as Director of State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State of Alabama is a governmental entity;

2. Defendant Governor Bob Riley is an individual;

3. Defendant State Personnel Department is a governmental entity;

4. Defendant State Personnel Board is a governmental entity;

5. Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

    /s/ Alice Ann Byrne
ALICE ANN BYRNE, ESQ. (BYR 015)
Attorney for Defendants State of Alabama,
Governor Bob Riley, State Personnel
Department, State Personnel Board, and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants Department of Human Resources:
    Warren B. Lightfoot, Jr., Esq.
    John B. Holmes, III, Esq.
    Abigail H. Avery, Esq.
    MAYNARD COOPER & GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  35203-2618

    Sharon E. Ficquette, Esq.
    DEPT. OF HUMAN RESOURCES
    Legal Office
    P. O. Box 304000
    Montgomery, AL  36130-4000

For Defendant Department of Industrial Relations:
    Aaron L. Dettling, Esq.
    Gwendolyn B. Garner, Esq.
    John Breckenridge, Jr., Esq.
    BALCH & BINGHAM
    1710 Sixth Avenue North
    Birmingham, AL  35203-2014

    Frank D. Marsh, Esq.
    General Counsel
    DEPARTMENT OF INDUSTRIAL RELATIONS
    649 Monroe Street
    Montgomery, AL  36130

                                                     /s/  Alice Ann Byrne
                                                     Of Counsel