IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY MAYS,                )<br>                              )<br>    Plaintiff,                )<br>                              )    CIVIL ACTION NO.<br>    v.                        )      2:07cv432-MHT<br>                              )<br>STATE OF ALABAMA, et al.,     )<br>                              )<br>    Defendants.               ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 30) is granted as requested.

DONE, this the 2nd day of November, 2007.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE