IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **SHIRLEY MAYS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 07-CV-432-MHT |
| | * | |
| **DEPARTMENT OF HUMAN** | * | |
| **RESOURCES, et al.** | * | |
| | * | |
| Defendant. | | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, Shirley Mays, and dismisses her claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as she no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment.

        Respectfully submitted,

        /s/ Richard J. Ebbinghouse
        Richard J. Ebbinghouse
        Attorney for Plaintiff

OF COUNSEL:
**WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

                                        /s/ Richard J. Ebbinghouse
                                        OF COUNSEL